DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

REY F. MARQUEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1618

_____

August 30, 2024

Appeal from the Circuit Court for Manatee County; Frederick Mercurio, Judge.

Jorge Leon Chalela of Jorge Leon Chalela, Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.